IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:23-cr-43-RAH |
| | ) | |
| ANTWAN HARDY | ) | |

**ORDER**

Pending before the Court is the Motion to Suppress filed by Defendant Antwan Hardy. (Doc. 22.) On April 14, 2023, the Magistrate Judge recommended the Motion to Suppress should be denied. (Doc. 51.) The defendant did not file objections to the Recommendation. On April 25, 2023, the defendant entered a notice of intent to change plea. (Doc. 54.) This Court has reviewed the record, including the parties' arguments and the transcript of the suppression hearing. Accordingly, it is

ORDERED as follows:

(1) The Recommendation (Doc. 51) of the Magistrate Judge is ADOPTED; and

(2) The Motion to Suppress (Doc. 22) is DENIED.

DONE, on this the 2nd day of May 2023.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE